UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
09 JAN 27 PM 3:26
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| ISIS Y. ADAMES, | |
|---|---|
| Plaintiff, | |
| v. | CASE NO. **1:09-cv-0083 WTL-JMS** |
| LLOYD & MCDANIEL, P.L.C. and ASSET ACCEPTANCE, LLC., | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendants. | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for statutory and actual damages, costs of the action and a reasonable attorney's fee brought by Isis Y. Adames for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendants.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337.

### III. PLAINTIFFS

3. Plaintiff Isis Y. Adames is a natural person residing in Avon, Indiana.

### IV. DEFENDANTS

4. Defendant Asset Acceptance LLC. (hereinafter "Asset Acceptance") is a for-profit foreign limited liability company incorporated in Delaware with its principal place of business in Michigan.

5. At all times referenced herein, Asset Acceptance was operating as a debt collector in the State of Indiana as defined by 15 U.S.C. § 1692a(6).

6. Defendant Lloyd & McDaniel, P.L.C. (hereinafter "Lloyd & McDaniel") is a foreign professional limited liability company with its principal business in Kentucky.

7. At all times referenced herein, Lloyd & McDaniel was operating as a debt collector in the State of Indiana as defined by 15 U.S.C. § 1692a(6).

## V. STATEMENT OF FACTS

8. On September 4, 2007, Defendant Asset Acceptance, through another law firm, filed a lawsuit against Isis Adames in Hendricks County Superior Court, Cause No. 32D04-0709-CC-197.

9. In Cause No. 32D04-0709-CC-197, Asset Acceptance sought to collect a debt in the amount of $6,769.17 that allegedly arose from a Chase/Providian credit card, Acct. # ****-****-****-7308.

10. On October 24, 2007, Isis Adames, by counsel, filed a motion to dismiss Cause No. 32D04-0709-CC-197.

11. On November 14, 2007, the Hendricks County Superior Court granted the motion to dismiss.

12. The dismissal was with prejudice.

13. On August 18, 2008, Defendant Lloyd & McDaniel filed a lawsuit against Isis Adames in Hendricks County Superior Court, Cause No. 32D01-0808-CC-098.

14. In Cause No. 32D04-0808-CC-197, Asset Acceptance sought to collect a debt in the amount of $7,042.81 that allegedly arose from a Chase/Providian credit card, Acct. # ****-****-****-7308.

## VI. CLAIMS FOR RELIEF

### A. Fair Debt Collection Practices Act – Defendants

15. Plaintiffs repeat, re-allege and incorporate by reference paragraphs one through fourteen above.

16. Defendants violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

   (a) Filing a lawsuit against Plaintiff on a debt she does not owe in violation of 15 U.S.C. §§ 1692d, 1692e, and 1692f ; and

   (b) Filing a lawsuit against Plaintiff on a debt that is time-barred in violation of 15 U.S.C. §§ 1692d, 1692e, and 1692f.

17. As a result of these violations of the Fair Debt Collection Practices Act, Defendants are liable to Plaintiff for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants in an amount that will compensate her for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/The
Law Office of Robert E. Duff
310 N. Lebanon St.
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com

## JURY DEMAND

Plaintiff requests a trial by jury.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
310 N. Lebanon St.
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com